UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LINDA REID,             )
                                     )
       Plaintiff,       )
                                     )
    vs.                 )       Case No. 4:09CV1945 CDP
                                     )
GLOBE LIFE AND ACCIDENT  )
INSURANCE COMPANY,     )
                                     )
      Defendant.     )

## MEMORANDUM AND ORDER

The case management order entered in this case provides that dispositive motions are due no later than October 22, 2010, but plaintiff Linda Reid filed a motion for summary judgment on her claim for breach of life insurance contract on May 13, 2010. Defendant now moves under Fed. R. Civ. P. 56(f) to continue its response time to Reid's motion to October 1, 2010, because defendant needs to complete more discovery in order to respond to the motion. Without deciding the merits of the arguments and analysis defendant makes in its motion, I will grant the motion, because defendant has made a sufficient showing under Rule 56(f) of the need for more discovery, and because plaintiff agrees to the request for discovery.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion [#24] to continue its

response time to plaintiff's motion is granted, and defendant shall respond to

plaintiff's motion for summary judgment no later than **October 1, 2010**.



_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of June, 2010.